UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DON R. BUDD,

    Plaintiff,

v.

SUMMIT POINTE, et al.,

    Defendants.
_____/

Case No. 1:19-cv-466

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: March 4, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge